**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 10-6671**
_____

FRANCISCO MARTE,

             Plaintiff – Appellant,

       v.

STATE OF MARYLAND; NANCY KOPP, Honorable, Treasurer of the
State of Maryland; DOUGLAS F. GANSLER, Attorney General of
Maryland; GARY D. MAYNARD, Secretary, Department of Public
Safety and Correctional Services; J. MICHAEL STOUFFER,
Commissioner Division of Correction, Department of Public
Safety and Correctional Services; WILLIAM BLACKISTON,
Warden, Division of Correction, Eastern Pre-Release Unit;
SCOTT OAKLEY, Esq., Executive Director, Inmate Grievance
Office; XYZ, or "JOHN DOE" Corp.,

             Defendants - Appellees.

_____

Appeal from the United States District Court for the District of
Maryland, at Baltimore.    William M. Nickerson, Senior District
Judge.  (1:08-cv-03309-WMN)

_____

Submitted:  December 10, 2010        Decided:  December 30, 2010

_____

Before NIEMEYER, KING, and SHEDD, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Francisco Marte, Appellant Pro Se. Rex Schultz Gordon, OFFICE OF
THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland, for
Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Francisco Marte appeals the district court's order granting summary judgment to the Defendants and denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Marte v. State of Maryland, No. 1:08-cv-03309-WMN (D. Md. Apr. 8, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED